IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-CV-00637

MONTGOMERY CARL AKERS,

 Plaintiff,

v.

R. WILEY, Warden,
HSA BAUER,
CDO LORENTZ,
PA GLADBACH,
PA OSAGE,
PA SCHIFFLEBEIN,
CHRISTOPHER SYNSVOLL, LA, and
JERRY JONES, AW – P,

 Defendants.

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DISMISSING THE ACTION

Plaintiff Montgomery Carl Akers initially submitted to the Court *pro se* a "Motion for Permission to Commence Civil Action in the United States District Court, District of Colorado by the Plaintiff Montgomery Carl Akers in Pro Se," a "Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915," and a "Prisoner Complaint." The Court received those documents for filing on March 7, 2008. The Clerk of the Court will be directed to commence a civil action. On March 17, 2008, Mr. Akers submitted a letter to the Court asking that a recently submitted complaint regarding medical treatment for which he has not received a case number be dismissed. The complaint submitted in this action relates to medical treatment.

Therefore, the instant action will be dismissed pursuant to Mr. Akers' request. Accordingly, it is

ORDERED that the clerk of the Court commence this civil action. It is

FURTHER ORDERED that the complaint and the action are dismissed without prejudice. It is

FURTHER ORDERED that the "Motion for Permission to Commence Civil Action in the United States District Court, District of Colorado by the Plaintiff Montgomery Carl Akers in Pro Se" and the "Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915" are denied as moot.

DATED at Denver, Colorado, this 27 day of March, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. '08 - CV - 00637

Montgomery C. Akers
Reg. No. 02866-081
ADX - Florence
PO Box 8500
Florence, CO 81226

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 3/28/08

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk